# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **JEREMY G. PERROTT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PATRICK COFFEE, LINDSAY RITTENHOUSE, AND ADWEEK, LLC,**<br><br>**Defendants.** | Case No. 3:19-cv-00511-HEH |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter the appearance in the above-captioned matter of Matthew E. Kelley as counsel for Defendants Patrick Coffee, Lindsay Rittenhouse, and Adweek, LLC.

    Respectfully submitted,

    */s/ Matthew E. Kelley*
    Matthew E. Kelley, Va. Bar No. 84045
    Ballard Spahr LLP
    1909 K Street NW, 12th Floor
    Washington, DC 20006-1157
    Phone: 202-508-1112
    Fax: 202-661-2299
    kelleym@ballardspahr.com

    *Counsel for Defendants Patrick Coffee,*
    *Lindsay Rittenhouse, and Adweek, LLC*